denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

HELEN PERLMAN, Respondent, v. EAST ANNADALE BEACH CORPORATION, Appellant, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

SALVATORE POLECINO, Respondent, v. EVA PAOLA, Individually and as Executrix, etc., of CARMELA POLECINO, Deceased, and Others, Appellants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL FELDMAN, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Ossining, N. Y., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CARROLL VACATION CLUB, INC., Respondent, Appellant, v. HENRY P. DAWE, Chairman, and Others, as Assessors of the Town of Pawling, Constituting the Board of Assessors of the Town of Pawling, Appellants, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

LAURA P. RUSSELL and UNION FREE SCHOOL DISTRICT No. 1, TOWN OF MAMARONECK, NEW YORK, Respondents, v. CLARENCE C. MERRITT and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

EMMA S. SCOLES, as Administratrix, etc., of FRANCIS SCOLES, Deceased, Respondent, v. VICTOR L. ZIMMERMAN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

THE ROBERT S. SMITH CORPORATION, Appellant, v. MEYER KRAUSHAAR and Another, Respondents.— Motion for reargument denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

THE ROBERT S. SMITH CORPORATION, Appellant, v. MEYER KRAUSHAAR and Another, Respondents.— Motion to resettle order of June 30, 1933, granted. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ. Order to be resettled on two days' notice. [See ante, p. 735.]

HILDA L. SPREEN, Respondent, v. AGNES R. McCANN, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

CARMELO S. STAMBERGER, Respondent, v. ADOLPH BIER and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

CLARA STRAUSS, Respondent, v. LOUIS STRAUSS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for a stay denied. Present stay vacated. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

WILLIAM THOMAS, Appellant, Respondent, v. GEORGE ADIE, Respondent, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for